# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Revocation of Probation or Supervised Release) |
| KODI CHIAN WILSON | Case Number: 8:00-CR-396-T-17TBM<br>USM Number: 39385-018 |
| | AFPD David Secular<br>Defendant's Attorney |

**THE DEFENDANT:**

X  entered a nolo contendere plea to violation of charge numbers 1-3 of the term of supervision.

**THE COURT:**

X  adjudicated defendant guilty of violation of charge numbers 1-3 of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Fleeing to Elude (Felony) | 12/11/08 |
| 2 | New criminal conduct, Reckless Driving | 12/11/08 |
| 3 | Possession of illegal drugs, marijuana | 12/11/08 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 27, 2009
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

MAY 29th, 2009
Date

DEFENDANT: KODI CHIAN WILSON
CASE NUMBER: 8:00-CR-396-T-17TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TEN (10) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL